UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CR-175(2)(JMR/FLN)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Donna Leann Heim | ) | |

This matter is before the Court on defendant's request for early termination of her term of probation. Defendant was sentenced on April 16, 2003, to a five-year probation term. She has since completed 4 years of this term. The probation office does not object to an early discharge.

Upon a review of all the circumstances of this case, including defendant's compliance with all the terms of her probation, the Court believes the interests of justice call for a termination of probation at this juncture. Accordingly, based upon the files, records, and proceedings herein, and pursuant to 18 U.S.C. § 3564(c), IT IS ORDERED that:

Defendant's request for termination of her probation term is granted, and is to take effect immediately.

Dated: May 14, 2007

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
Chief United States District Judge